IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-178-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TORREY DEVON WILLIAMS | ) | |

This matter is before the court on the government's motion to seal its response (and associated exhibits) to defendant's motion for compassionate release "in order to maintain the private nature of the Defendant's protected health information and immunization records that are referenced in the text of this document." (DE # 135.) Defendant himself has revealed in publicly filed documents that he has asthma, (see DE # 126-1, at 3-4; DE # 133, at 1, 6), and by relying, at least in part, on that health condition and his vulnerability to COVID-19 to justify his release, he has placed his COVID-19 immunization status in issue. Therefore, to the extent the government's response references those matters, there is no reason to seal it. The first exhibit filed with the response contains no sensitive information, and thus, there is no reason to seal that exhibit. The second exhibit is a medical record of defendant, and the court will order that it be sealed. Accordingly, the motion to seal is ALLOWED IN PART and DENIED IN PART. Pursuant to Local Criminal Rule 55.2(b)(3), if the government desires the court to consider its response and exhibit 1, the government shall publicly file the document within 3 days. Exhibit 2 shall remain under seal.

This 13 August 2021.

_____
W. Earl Britt
Senior U.S. District Judge